# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| **Danielle R. Banks** ) | Case No. 19-44670 |
| ) | |
| Debtor. ) | |

## MOTION TO REINSTATE

COMES NOW, Craig Tudor and Christine Tudor ("Plaintiffs"), creditors herein request the Court to grant their Motion to Reinstate. Creditors had initially hoped to obtain consent from the debtor, however were unsuccessful in reaching the debtor and would like to have this matter reinstated by the Court at which time Creditors plan to promptly seek a hearing date for this matter. See Creditors' Motion for Order Granting Relief from the Automatic Stay, herein attached as Exhibit 1.

Respectfully submitted,

**DAVIS, BETHUNE & JONES, LLC**

_/s/ Wes Shumate_
Wes Shumate, MO Bar # 60396
1100 Main St., Suite 2930
P.O. Box 26250
Kansas City, MO 64196
(816) 421-1600 Telephone
(816) 472-5972 Facsimile
wshumate@dbjlaw.net

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2019, I electronically filed this *Motion to Reinstate* with the Clerk of the Court by using CM/ECF system which will send a Notice of Electronic Filing to those parties designated with the Court to receive notification.

                                                */s/ Wes Shumate*
                                              **Attorneys for Creditors**